UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00186-FDW

| | ) | |
|---|---|---|
| James T. HUTCHINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. COLVIN, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the parties' Consent Motion for Attorney's Fees under Equal Access to Justice Act ("EAJA"), (Doc. No. 15). For the reasons stated in that joint motion and the proposed order signed by counsel for all parties, the motion is GRANTED. The parties agree the Commissioner of Social Security should pay the sum of $3,600.00 for attorney fees in full and final settlement of all claims for attorney fees arising under the EAJA. See 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $3,600.00, sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

IT IS SO ORDERED.

Signed: October 3, 2016

Frank D. Whitney
Chief United States District Judge